UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | Case No.: 97-59044 |
| Mc Liquidating Corp, fka Midcom | ) | Hon. Phillip J. Shefferly |
| Communications, Inc. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

_____/

## APPLICATION FOR PAYMENT FROM UNCLAIMED FUNDS

The undersigned, Barris, Sott, Denn & Driker, PLLC, Applicant and Attorney-in-Fact for Claimant, applies to the Bankruptcy Court for the Eastern District of Michigan for entry of an order directing the Clerk of the Court to remit to the applicant the sum of $6,920.11, which is the sum of all said funds having been deposited into the Treasury of the United States pursuant to an order of the Court as unclaimed funds for creditor Northwestern Corporate Center Associates, LP and Claim Number 2433. A copy of the Court's Order is attached. The applicant further states that:

1. (Indicate one of the following)

    ___ Applicant is the creditor named in the above case and states that no other applicant for this claim has been submitted by or at the request of the creditor.

    _X_ Applicant is the duly authorized representative for the limited partnership named as the creditor. Applicant has reviewed all records of the Creditor and this Court's docket and states that no other application for this claim has been submitted by or at the request of this Creditor, to the best of Applicant's knowledge and belief. An affidavit of Creditor is attached and made part of this application.

    ___ Applicant is either a family member of the deceased creditor or a successor in interest to the individual or business named as the creditor. An original "power of attorney" conforming to the official Bankruptcy Form and/or other supporting documents, which indicated the applicants' Entitlement to this claim is attached and made part of this application.

2. Applicant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other application for this claim is currently pending before this court, or that any party other than the claimant is entitled to submit an application for this claim.

3. The Creditor's current mailing address and phone number are:

    Northwestern Corporate Center Associates
    39400 Woodward Ave., Suite 250
    Bloomfield Hills, MI 48304-5155
    (248) 644-7600

Respectfully submitted this November 2, 2009.

By: _____
    Rebecca Simkins (P54787)
    On behalf of Northwestern Corporate
    Center Associates, LP
    Barris, Sott, Denn & Driker, PLLC
    211 West Fort Street, 15th Floor
    Detroit, Michigan 48226
    (313) 965-9725

Sworn to and Subscribed before me this
2nd day of November, 2009

_____
Notary Public
State of Michigan, County of Wayne

383051.1

JULIE A. DUPUIE
NOTARY PUBLIC, STATE OF MI
COUNTY OF OAKLAND
MY COMMISSION EXPIRES Jun 14, 2010
ACTING IN COUNTY OF Washtenaw

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| MC LIQUIDATING CORPORATION, f/k/a | ) | Case No. 97-59044 |
| Midcom Communications, Inc. | ) | Hon. Phillip J. Shefferly |
| | ) | |
| Debtor. | ) | |

## ORDER (1) AUTHORIZING DISBURSING AGENT TO PAY UNCLAIMED FUNDS INTO COURT; (2) AUTHORIZING DISBURSING AGENT TO ABANDON BOOKS AND RECORDS; (3) APPROVING DISBURSING AGENT'S FINAL REPORT; AND (4) CLOSING THE CASE

This matter coming before the Court on the Motion (1) for Authority to Pay Unclaimed Distributions into Court; (2) for Authority to Abandon Books and Records; (3) to Approve Disbursing Agent's Final Report and (4) for Entry of a Final Decree (the "Motion") filed by the Official Unsecured Creditors' Committee of Midcom Communications Inc. (the "Committee") and Scott Peltz, as Disbursing Agent (the "Disbursing Agent"); the Court (a) having reviewed the Motion and all pleadings relating thereto and (b) having heard the statements of counsel regarding the relief requested in the Motion at a hearing (the "Hearing") before the court; the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (c) notice of the Motion and the Hearing was sufficient under the circumstances; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Motion is granted.

2. The Disbursing Agent is authorized to pay all funds constituting unclaimed distributions (as defined by the Plan) from the final distribution into the registry of the Court and shall thereafter be relieved of any further responsibility for said funds.

3. The Disbursing Agent is authorized to abandon all books and records of the Debtors and their estates which the Disbursing Agent, in his discretion, deems unnecessary to retain for tax purposes.

4. The Final Report of the Disbursing Agent is approved.

5. Case Nos. 97-59044, 97-59057, 97-59064 and 97-59052 are hereby closed.

Phillip J. Shefferly

_____
UNITED STATES BANKRUPTCY JUDGE



| Claim ID | NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | AMOUNT |
|---|---|---|---|---|---|---|---|
| 229 | A&A SPECIALIZED TRANS SVC | PO BOX 2391 | | TOPEKA | KS | 66601 | $8.37 |
| 244 | ACCOUNTANTS ONE INC | 24901 NORTHWESTERN HWY | SUITE 516 | SOUTHFIELD | MI | 48075 | $169.28 |
| 246 | ACCOUNTEMPS | DIV OF ROBERT HALF INT'L INC | 1130 LAKE COOK RD #103 | BUFFALO GROVE | IL | 60089 | $45.78 |
| 247 | ACCOUNTING PARTNERS, INC. | 500 108TH N.E. SUITE 1640 | | BELLEVUE | WA | 98004 | $42.34 |
| 270 | ADC TELECOMMUNICATIONS INC | AAT: JON ERICKSON-MS53 | 12501 WHITEWATER DR | MINNETONKA | MN | 55343 | $1,086.87 |
| 291 | AIR PARTNERS | 14208 DOOLITTLE DRIVE | | SAN LEANDRO | CA | 94577-554 | $3.34 |
| 330 | ALL SPORT ENTERTAINMENT INC | 4130 N. GOLDWATER BLVD | SUITE 217 | SCOTTSDALE | AZ | 85251-382 | $45.39 |
| 419 | ANACOMP INC | 1633 Broadway | | NEW YORK | NY | 10019 | $140.48 |
| 4007 | ANIXTER INC | 12365 CROSTHWAITE CIRCLE | | POWAY | CA | 92064-681 | $16.38 |
| 4038 | ANIXTER INC | 4711 GOLF RD | | SKOKIE | IL | 60076 | $25.05 |
| 3796 | ANTHONY, LAWRENCE H | 4711 GOLF RD | | SKOKIE | IL | 60076 | $1,434.61 |
| 441 | ANVAN MIDWEST REALTY MANAGEMENT CO | OAKBROOK TERRACE CORP CENTER | 1901 SOUTH MEYERS RD, SUITE 220 | OAKBROOK TERRACE | IL | 60181 | $78.71 |
| 449 | APPLICATION BUSINESS SYSTEMS, INC. | PO BOX 598033 | | IRVINE | CA | 92619 | $45.42 |
| 4324 | AT&T CORP | P.O. BOX 6187 | | KENT | WA | 98064- | $254.57 |
| 538 | BANCSERV DOCUMENT | 22800 SAVI RANCH PARKWAY | | ORLANDO | FL | 32859-803 | $4.77 |
| 579 | BELLCORE | ATTN: BARBARA REED | | YORBA LINDA | CA | 92887 | $3.28 |
| 6686 | BERLENT INDUSTRIES | 25 ROCKWOOD PLACE | | PISCATAWAY | NJ | 08854- | $11.36 |
| 609 | BEST CUP COFFEE SERVICE CORP. | 3522 DOUG DRIVE | | ENGLEWOOD | NJ | 02631 | $10.87 |
| 615 | BILL COMMUNICATIONS INC. | ACCOUNTING DEPARTMENT | | DALLAS | TX | 75247 | $4.42 |
| 6709 | BLANKENHEIM, GEORGE T. | 1600 STOUT STE 920 | | NEW YORK | NY | 10010 | $17.49 |
| 10 | BRIGHTPOINT INC | ATT: A/R DEPARTMENT | | DENVER | CO | 80202 | $8.11 |
| 6555 | BROWN, KEVIN | 243 JELLIFF MILL ROAD | | INDIANAPOLIS | IN | 46278 | $55.15 |
| 681 | BUCARION INSURANCE AGENCY | 611 VETERANS BLVD | | NEW CANAAN | CT | 06840 | $157.26 |
| 703 | BUSINESS PROFESSIONAL GROUP INC | ATT: MICHELLE ABEL | | REDWOOD CITY | CA | 94063 | $4.96 |
| 62 | CACHE VALLEY ELECTRIC CO | 1990 SOUTH 4130 WEST | | SALT LAKE CITY | UT | 84104 | $170.40 |
| 754 | CARDSERVICE OF CHESAPEAKE | 13017 WISTERIA DR | | ATLANTA | GA | 30305 | $15.10 |
| 758 | CAREER PROFILES | #395 | | GERMANTOWN | MD | 20874 | $2.95 |
| 778 | CASTLETON CONSULTING | PO BOX 4430 | | PORTSMOUTH | NH | 03802 | $85.20 |
| 818 | CHEETAH COMMUNICATIONS | 137 SCHUBERT COURT | | IRVINE | CA | 92612 | $85.20 |
| 838 | CHRYSTAL GEMS INC | 1 TECHNOLOGY | BUILDING 7, SUITE 709 | IRVINE | CA | 92618 | $10.31 |
| 7004 | COMPUWARE CORPORATION | 5 N WABASH AVE | SUITE 1000 | CHICAGO | IL | 60602 | $2.12 |
| 6578 | CONFERENCE PLUS INC | 999 PLAZA DR 4TH FLOOR | ATTN: MICHAEL G. CRUSE, ESQ. | BLOOMFIELD HILLS | MI | 48304-285 | $4,653.12 |
| 4079 | COTE, MICHAEL C | 2017 FAIRVIEW AVE E | | SCHAUMBURG | IL | 60173 | $111.77 |
| 1012 | CPI TELECOMMUNICATIONS OF ILLINOIS | ATTN: MR. CALE PERRY | SLIP N | SEATTLE | WA | 98102 | $59.69 |
| 1061 | DALTON ELECTRIC COMPANY | 20630 56TH AVE W STE #8 | 8564 ALICE AVE | LYNNWOOD | WA | 98036 | $639.00 |
| 1074 | DATA SYSTEMS NETWORK CORPORATION | C/O RALPH McDOWELL | 100 RENAISSANCE CENTER 34TH FLO | DETROIT | MI | 48243 | $99.94 |
| 6989 | DATA SYSTEMS NETWORK CORPORATION | c/o RALPH McDOWELL | 100 RENAISSANCE CENTER | DETROIT | MI | 48243 | $1,361.37 |
| 6138 | DESERT DOCUMENT SVCS INC | 10 E SEVENTHS ST | | TEMPE | AZ | 85281 | $5,580.97 |
| 6158 | DIRECTION MANAGEMENT GROUP | 1111 PLAZA DR #400 | | SCHAUMBURG | IL | 60173 | $94.99 |
| 1160 | DISCLOSURE INFO CENTERS | PO BOX 360922 | | PITTSBURGH | PA | 15251- | $85.20 |
| 218 | EARLY, LENNON, PETERS & CROCKER, P.C. | 101 S CATLIN | 900 COMERICA BLDG. | KALAMAZOO | MI | 49007 | $3.12 |
| 82 | ELECTRO SERVICE CENTER | PO BOX 24745 | PO BOX 4387 | MISSOULA | MT | 59801 | $55.62 |
| 1256 | EMERALD CITY DISPOSAL | 14670 E FIRESTONE BLVD | SUITE 410 | SEATTLE | WA | 98124 | $15.81 |
| 1181 | ESTRIN, DONNA | 1210 OAK GROVE #2 | | LA MIRADA | CA | 90638 | $10.08 |
| 3849 | FALLIS, PAIGE | | | BURLINGAME | CA | 94010 | $1.54 |
| | | | | | | | $77.98 |

MC Liquidating
List of Claims Not Paid

| Claim ID | NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | DIV/AMT |
|---|---|---|---|---|---|---|---|
| 1857 | FLASTERSTEIN, JUDY L | C/O CLEAR SOLUTIONS | PO BOX 7068 | TAMPA | FL | 33673- | $2.04 |
| 89 | GABRIEL ELECTRONICS INC | PO BOX 70 | | SCARBOROUGH | ME | 04070 | $194.03 |
| 1460 | GENERAL DATACOMM SERVICE | 1579 STRAITS TURNPIKE | | MIDDLEBURY | CT | 06762 | $234.43 |
| 1466 | GEORGIA COMMUNICATION SERVICES, INC | 125 ROYAL WOODS COURT | | TUCKER | GA | 30084 | $4.69 |
| 1472 | GEORGIA TEL | ATTN: JOE HOLCOMB | #145 | WOODSTOCK | GA | 30188 | $71.00 |
| 1476 | GH ASSOCIATES | 1004 WOBURN CT | | MCLEAN | VA | 22102 | $546.21 |
| 1478 | GIBBENS COMPANY | PO BOX 97094 | | KIRKLAND | WA | 98083- | $48.89 |
| 1508 | GORDON & SONS INC DBA CORONA | 231 SOUTH LINCOLN AVE | | CORONA | CA | 91720 | $9.25 |
| 1510 | GR. BOSTON CHAMBER OF COMMERCE | ONE BEACON STREET, 4TH FLR | | BOSTON | MA | 02108 | $9.15 |
| 1518 | GRAPEVINE GROUP INC | 3391 PEACHTREE RD, NE | | ATLANTA | GA | 30326-101 | $34.88 |
| 1594 | HARTSTEIN & HARTSTEIN | 157 ENGLE STREET | | ENGLEWOOD | NJ | 07631 | $9.21 |
| 1670 | HUNTER & MOW P C | 1424 16TH STREET NW | | WASHINGTON | DC | 20036 | $1,179.57 |
| 1736 | INLAND NW COMMUNICATIONS | TAPIO OFFICE CENTER | SUITE 105 | SPOKANE | WA | 99202- | $18.86 |
| 6697 | INTERDEV | PO BOX 3883 | GREEN FLAG BLD - SUITE 112C | SEATTLE | WA | 98124 | $2.25 |
| 1832 | JENSEN TOOLS, INC. | PO BOX 945527 | | ATLANTA | GA | 30394-552 | $20.11 |
| 3884 | JOHNSON, RICHARD L | 160 QUAIL #46 | | PERRYSBURG | OH | 43551 | $108.04 |
| 6781 | JONES, EDWARD J. | 10 BRADLEY LN | | MYSTIC | CT | 06355 | $1.87 |
| 6696 | JR AUTO PARTS | 745 WASHINGTON | | BLAIR | NE | 68008 | $3.92 |
| 522 | LDS ENTERPRISES, INC. | ATTN: DENIS C. FLASCHNER II | 5623 BURDETTE STREET | OMAHA | NE | 68104 | $5.88 |
| 6794 | LEADER INSTRUMENTS CORP | 380 OSER AVE | | HAUPPAUGE | NY | 11788 | $3.12 |
| 2003 | LEGEND BUSINESS SYSTEMS | 1018 INDUSTRY DRIVE | | SEATTLE | WA | 98188 | $344.73 |
| 3808 | LEGEND, ARIEFIN | 15749 NE 18TH ST | | BELLEVUE | WA | 98008 | $30.47 |
| 6703 | LOGIC GENERAL, INC | 6713 SW BONITA RD #210 | | TIGARD | OR | 97224 | $60.80 |
| 2036 | LONG ISLAND COPYING & PRINTING | 394 FLATBUSH AVENUE EXTENSION | #B-4 | BROOKLYN | NY | 11201 | $2.45 |
| 948 | LONGACRE MANAGEMENT, LLC AS ASSIGNEE O CONFERENCE PLUS, INC. | 1700 BROADWAY | | NEW YORK | NY | 10019 | $2,645.68 |
| 1681 | LONGACRE MANAGEMENT, LLC AS ASSIGNEE O ICIM INTERNATIONAL INC | 1700 BROADWAY | | NEW YORK | NY | 10019 | $267.49 |
| 1998 | LONGACRE MANAGEMENT, LLC AS ASSIGNEE O LEE DAVID & ASSOCIATES | 1700 BROADWAY | | NEW YORK | NY | 10019 | $219.45 |
| 2631 | LONGACRE MANAGEMENT, LLC AS ASSIGNEE O PEDCOM INC | 1700 BROADWAY | | NEW YORK | NY | 10019 | $485.64 |
| 2904 | LONGACRE MANAGEMENT, LLC AS ASSIGNEE O SALES RESOURCE GROUP | 1700 BROADWAY | | NEW YORK | NY | 10019 | $170.40 |
| 3810 | LYNCH, CHRISTOPHER | 417 NORTH ST. | | GEORGETOWN | MA | 01833 | $85.17 |
| 4317 | MACDONALD-MILLER SERVICE INC | 1240 SE 12TH AV. | | PORTLAND | OR | 97214 | $13.60 |
| 2086 | MANAGEMENT RECRUITERS INTERNATIONAL | 3601 AVIATION BLVD | | CLEVELAND | OH | 44114- | $152.64 |
| 2098 | MARINO & ASSOCIATES INC | WORLD HEADQUARTERS/ATT M. RODE | 200 PUBLIC SQUARE 31ST FLOOR | MANHATTAN BEACH | CA | 90266 | $142.00 |
| 265 | MARLOWE, KENNETH J | 8 BARON CT | SUITE 1500 | STONEY BROOK | NY | 11790 | $536.36 |
| 2139 | MASCIOLI, ADA | 376 WYANT | | AKRON | OH | 44313 | $1.57 |
| 1877 | MASTERPIECE TELECOM LLC | 15414 N 7TH ST | SUITE 8-173 | PHOENIX | AZ | 85022 | $2.23 |
| 2816 | MCCRABB, KATHLEEN | 8500 148TH AVE NE, #C3009 | | REDMOND | WA | 98052- | $46.01 |
| 2179 | MCHENRY, BART M | 21061 CAROB LANE | | MISSION VIEJO | CA | 92691 | $12.02 |
| 702 | MCSI COMPUTER SUPPLIES | DEPT. 231 | | COLUMBUS | OH | 43265-023 | $42.06 |
| 2195 | METAMOR GLOBAL SOLUTIONS, INC. | 133 TECHNOLOGY | SUITE 200 | IRVINE | CA | 92618 | $18,956.96 |
| 2197 | METRO STAFFING INC | 60 EAST 42ND ST | | NEW YORK | NY | 10165 | $85.20 |
| 2251 | MEYERSDALE MANOR | 201 HOSPITAL DRIVE | | MEYERSDALE | PA | 15552 | $7.46 |
| 3815 | MIKES MARINE ELEC | DBA IMPULSE | | PITTSBURGH | PA | 33177 | $11.40 |
| 3823 | MORALES, CARLOS I | 14498 SW 174 TR | | MIAMI | FL | 33177 | $71.00 |
| 4277 | MOUNTAIN WEST | DBA STAPLES CREDIT PLAN | PO BOX 7004 | SIOUX FALLS | SD | 57117 | $4.47 |
| 3123 | MOUNTAINWEST FINANCIAL | DBA STAPLES CREDIT PLAN/82000164456 | PO BOX 7004 | SIOUX FALLS | SD | 57117 | $112.59 |

Page 2

| Claim ID | NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | AMOUNT |
|---|---|---|---|---|---|---|---|
| 3831 | NEELEY, VICTOR | 2515 POPPY DR | | BURLINGAME | CA | 94010 | $244.09 |
| 2205 | NEWMAN, MICHELLE | 7702 TREVINO LN | | FALLS CHURCH | VA | 22043 | $3.75 |
| 2407 | NORTEL COMMUNICATIONS SYSTEMS | PO BOX 73269 | | CHICAGO | IL | 60673- | $44.79 |
| 2433 | NORTHWESTERN CORPORATE CENTER ASSOC | 1400 N WOODWARD AVE. | SUITE 250 | BLOOMFIELD HILLS | MI | 48304-287 | $6,920.11 |
| 2437 | NR III INTERNATIONAL | 139 MITCHELL AVE | SUITE 216 | SAN FRANCISCO | CA | 94080 | $5.55 |
| 2474 | OAKLAND PRESS | P O BOX 436009 | | PONTIAC | MI | 48343 | $32.27 |
| 3752 | O'CONNOR, NICK M. | C/O WARNER & JOSELSON, EMPIRE ST, 350 5TH AVE SUITE 1229 | | NEW YORK | NY | 10118 | $213.00 |
| 2492 | OFFICEMAX CREDIT PLAN | DEPT. 58 - 3600015431 | P.O. BOX 30292 | SALT LAKE CITY | UT | 84130- | $7.91 |
| 2496 | OHIO BUSINESS MACHINES INC | 1728 SAINT CLAIR AVENUE NE | | CLEVELAND | OH | 44114 | $7.84 |
| 2513 | OLYMPIAN EXECUTIVE SUITES | 4949 S SYRACUSE ST | SUITE 300 | DENVER | CO | 80237 | $6.96 |
| 2531 | OPTIMUM EMPLOYMENT, INC. | 888 VETERANS HIGHWAY | SUITE 220 | HAUPPAUGE | NY | 11788- | $340.80 |
| 6570 | PACIFIC ATLANTIC SYSTEMS LEASING | DIV OF EL CAMINO RESOURCES/S GEOF 21051 WARNER CENTER LANE | | WOODLAND HILLS | CA | 91367 | $6,040.85 |
| 6571 | PACIFIC ATLANTIC SYSTEMS LEASING | DIV OF EL CAMINO RESOURCES/S GEOF 21051 WARNER CENTER LANE | | WOODLAND HILLS | CA | 91367 | $812.76 |
| 3777 | PACIFIC BIOMETRICS | 23120 ALICA PARKWAY | SUITE 200 | MISSION VIEJO | CA | 92692 | $22.79 |
| 3778 | PACIFIC CENTREX SERVICES LLC | 6855 TUJUNGA AVE | | NORTH HOLLYWOOD | CA | 91605 | $284.00 |
| 2575 | PACIFIC MOVERS C/O STEVEN SEWARD | DENALI TRANSPORTATION CORP | 821 SECOND AVE #2000 | SEATTLE | WA | 98104 | $390.66 |
| 33 | PAGENET | 1810 SE EASTGATE WAY #150 | | BELLEVUE | WA | 98005 | $259.64 |
| 2809 | PARTNERS IN MARKETING INC | DBA RESEARCH ASSOCIATES | | WORTHINGTON | OH | 43085 | $36.25 |
| 2613 | PATS SUTTON DELI | 23145 LASHER ROAD | 879 HIGH STREET | | | | $443.33 |
| 1735 | PELZER, INGRID U | 321 SE ORCHARD DR | | SOUTHFIELD | MI | 48075 | $8.39 |
| 2651 | PEROT SYSTEMS | | 2300 W PLANO PARKWAY | NORTH BEND | WA | 98045 | $2.87 |
| 2669 | PIERCE LEAHY CORPORATION | ATTN: VICKI TROGDON | | PLANO | TX | 75075 | $51.12 |
| 2727 | PRESTON GATES & ELLIS | P.O. BOX 65017 | | CHARLOTTE | NC | 28265- | $780.79 |
| 2732 | PRINTING MAILING CONNECTION | 5000 COLUMBIA CENTER/ATT MARC BAF 701 FIFTH AVE. | | SEATTLE | WA | 98104- | $21.20 |
| 2739 | PRODUCTION ARTS WORKSHOP INC | 1209 MERCER | | SEATTLE | WA | 98109 | $466.47 |
| 2742 | PROFESSIONAL RECRUITERS INC | 1465 HOWELL MILL RD | | ATLANTA | GA | 30318 | $66.78 |
| 2750 | PROTECOM INC | 6779 MEMPHIS AVENUE | SUITE H | BROOKLYN | OH | 44144 | $18.62 |
| 2753 | PSINET INC | 4931 MERCER UNIVERSITY DR | SUITE 8 | MACON | GA | 31210 | $151.94 |
| 2766 | QUALITEL INC | PO BOX 485 | SUITE A | HERNDON | VA | 22070 | $155.89 |
| 2773 | R & D GROUP INC | 6717 N MOZART | | CHICAGO | IL | 60645 | $12.78 |
| 9 | REBEEPS | 14135 E. 42ND AV. | | DENVER | CO | 80239 | $21.20 |
| 2828 | REN, JIAJUN | 1535 NE 145TH STREET | UNIT 70 | SEATTLE | WA | 98155 | $3.08 |
| 2839 | RICHARD KADER AND ASSOCIATES | 150 30 SE 64TH ST. | | BELLEVUE | WA | 98006 | $4.24 |
| 2876 | ROSENKRANZ PRODUCTIONS | 7850 FREEWAY CIRCLE #201 | | CLEVELAND | OH | 44130 | $89.89 |
| 0335 | SAN FRANCISCO BAY GUARDIAN, THE | 612 91ST AV., NE | | EVERETT | WA | 98205-156 | $58.22 |
| 6210 | SCHOLTZ, RACHELLE L | 520 HAMPSHIRE ST. | SUITE 3 | SAN FRANCISCO | CA | 94110 | $47.65 |
| 6698 | SCHUE, NORMAN E | 1349 CAPUCHINO AVE. | | BURLINGAME | CA | 94010 | $28.71 |
| 2965 | SEARS, ROEBUCK AND CO | 509 HIGHLAND TERRACE | | BRICK | NJ | 08723 | $4.12 |
| 2838 | SEQUOIA DIVERSIFIED PRODUCTS, INC. | ATLANTA COMMERCIAL CREDIT CENT 8 PO BOX 450627 | | ATLANTA | GA | 31145 | $25.45 |
| 7010 | SHS INCORPORATED | 107 S. SQURREL RD. | | AUBURN HILLS | MI | 48326 | $78.86 |
| 3018 | SKYTEL | ATTN: TIMOTHY JADWIN | 205 WEST WACKER DRIVE | CHICAGO | IL | 60606 | $106.50 |
| 3020 | SM ENGINEERING CO. | PO BOX 3887 | | JACKSON | MS | 39207- | $23.82 |
| 3021 | SMART CONNECTIONS | MS. BOBBI GRUMAN | 1011 1ST STREET SOUTH #370 | HOPKINS | MN | 55343 | $552.39 |
| 3033 | SNELLING PERSONNEL SERVICES | 9901 WEBBER | | BRIGHTON | MI | 48116 | $218.05 |
| 3966 | SOUTHWEST COMMERCIAL LONG DISTANCE | ATTN: MARK STEVENS | 100 N. LA SALLE STREET | CHICAGO | IL | 60602 | $178.07 |
| 3095 | SPARKLING SPRING WATER CO | 700 CORPORATE | SUITE E | GOLDEN | CO | 80401 | $981.50 |
| | | 565 LAKEVIEW PARKWAY | SUITE 120 | VERNON HILLS | IL | 60061 | $16.01 |

MC Liquidating
List of Claims Not Paid

| Claim ID | | NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | DIV AMT |
|---|---|---|---|---|---|---|---|---|
| 1876 | | SPINDLE, KARLTON | 560 LIBRARY STREET | | SAN FERNANDO | CA | 91340 | $8.05 |
| 3117 | | STAFFING SOLUTIONS ENTERPRISES | PO BOX 70751-T | | CLEVELAND | OH | 44190 | $78.97 |
| 3128 | | STATE FARM RON PINO AGENCY | 1625 RIO BRAVO BLVD SW | | ALBUQUERQUE | NM | 81105 | $5.00 |
| 3136 | | STAYNER CRAFT | 11120 WEST YOUNGTOWN AVE | UNIT 28 | YOUNGTOWN | AZ | 85363 | $7.59 |
| 3889 | | SULLIVAN, ROBERT J | 4920 THISTLE LANE | | LAKE IN THE HILLS | IL | 60156 | $60.87 |
| 3789 | | SUPER MARKETING INC | ATT GRAEME S BRADLEY | 15375 BARRANCA PKWY #A205 | IRVINE | CA | 92618 | $284.00 |
| 151 | | SYBASE INC | PO BOX 60000 | | SAN FRANCISCO | CA | 94160 | $92.52 |
| 153 | | TAD RESOURCES INTERNATIONAL | C/O ADECCO TECHNICAL | 2815 COLISEUM CENTER DRIVE | CHARLOTTE | NC | 28217 | $163.79 |
| 3197 | | TAD RESOURCES INTERNATIONAL, INC. | C/O ADECCO TECHNICAL | 2815 COLISEUM CENTER DRIVE | CHARLOTTE | NC | 28217 | $60.06 |
| 3342 | | TALUS GROUP, THE | 16625-227TH AVENUE N.E. | | WOODINVILLE | WA | 98072 | $13.09 |
| 3209 | | TAURUS PUBLISHING, INC. | BOX C-5400 | | SCOTTSDALE | AZ | 85261 | $88.86 |
| 3234 | | TELECO | P.O. BOX 1495 | | TROY | MI | 48099 | $11.73 |
| 155 | | TELECOM RECYCLERS INC | 1205 SW 4TH AVE | | DELRAY BEACH | FL | 33444 | $238.74 |
| 3283 | | THAT PIZZA PLACE | 15 LAKE STREET | | KIRKLAND | WA | 98033 | $7.63 |
| 3894 | | TISKO, THOMAS F | 1531 MARYWOOD DR | | ROYAL OAK | MI | 48067 | $105.01 |
| 3381 | | TODD R. ARTH INSURANCE | 2392 W. CANTEBURY STREET | | SPRINGFIELD | MO | 65810-237 | $3.73 |
| 6694 | | TOUNDAS MOTOR SPORTS GROUP | ATT PETER TOUNDAS | 6841 N ROCHESTER RD | ROCHESTER HILLS | MI | 48306 | $2.05 |
| 3895 | | TURTURRO, GLENN R. | 46 LINDREN AVE | | SMITHTOWN | NY | 11787 | $63.80 |
| 3502 | | US SUITES | 1750 124TH AVE NE | SUITE E | BELLEVUE | WA | 98005 | $569.32 |
| 171 | | VALLEY COMPUTER & ELECTRONICS | C/O JPC CORPORATION | 13092 LAKOTA DRIVE | MORENO VALLEY | CA | 92553 | $2.69 |
| 4413 | | WALKER ENGINEERING INC | 10999 PETAL ST | | DALLAS | TX | 75238 | $96.84 |
| 3611 | | WEST CAPITAL FINANCIAL SERVICES COR | MR. MICHAEL JOPLIN | 5775 ROSCOE COURT | SAN DIEGO | CA | 92123 | $41.37 |
| 3771 | | WESTBLOCK | PO BOX 5348 | | SALEM | OR | 97304 | $4.85 |
| 7005 | | WRIGHT RUNSTAD PROPERTIES LP | C/O RALPH R. MCKEE, ESQUIRE | ALLARD & FISH, PC | DETROIT | MI | 48226 | $142.00 |
| 4255 | | YOUNG, JACQUELINE A. | 8923 ABRELL WALK CT | | CHARLOTTE | NC | 28226 | $29.54 |
| 3726 | | YUN SHENG USA CORP | 465 LITTLEFIELD AVE | | SO SAN FRANCISCO | CA | 94080- | $2.19 |
| 6811 | | ZEE MEDICAL SERVICE CO | 378 UPLAND DR | | SEATTLE | WA | 98188 | $40.43 |
| 3912 | | ZINN, SEAN M | 74 ASHCREST | | IRVINE | CA | 92620 | $141.98 |
| 1851 | | ZRNO, JOHN | 5705 IMPERIAL COURT | | PLANO | TX | 75093 | $236.66 |
| | | | | | | | | $66,787.13 |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | Case No.: 97-59044 |
| Mc Liquidating Corp, fka Midcom | ) | Hon. Phillip J. Shefferly |
| Communications, Inc. | ) | |
| | ) | |
| | ) | |

## AFFIDAVIT OF CLAIMANT

I, Richard A. Stebbins, do hereby state that Northwestern Corporate Center Associates, LP is the claimant to the unclaimed funds referenced in this Application and that to the best of my knowledge, the legal owner of these funds.

Current mailing address:
39400 Woodward Ave., Suite 250
Bloomfield Hills, MI 48304-5155
Phone Number: (248) 644-7600

Tax Identification Number: 38-2922503

1. The original dividend check was issued to Northwestern Corporate Center Associates, 1400 Woodward Avenue, Suite 150, Bloomfield Hills, Michigan 48304. That address is no longer used by Northwestern Corporate Center because the Bloomfield Hills post office changed the sequence of the numbers on Woodward Avenue.

2. Neither me nor the company I represent has previously received remittance for this claim nor contracted with any other party other than the person named in item one above to recover these funds.

I declare under the penalty of perjury that the foregoing copy is true and correct.

Dated: October 30, 2009

_Richard A. Stebbins_, Authorized Representative,
On behalf of Northwestern Corporate Center Associates, LP

Sworn to and Subscribed before me this
30th day of October, 2009
_Angela Anderson_
Notary Public
State of Michigan, County of Wayne
383050.1

ANGELA ANDERSON
NOTARY PUBLIC, Oakland Co., MI
My Commission Expires Sept. 20, 2014
Acting in the County of_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

Mc Liquidating Corp, fka Midcom
Communications, Inc.

Case No. 97-59044

AUTHORITY TO ACT
Limited Power of Attorney
Limited to one Transaction

**USED ONLY TO COLLECT FUNDS FROM THE ABOVE REFERENCED CASE**

1. Northwestern Corporate Center Associates, LP with a tax identification number of 38-2922503, ("CLIENT"), appoints Barris, Sott, Denn & Driker, PLLC ("BSDD"), as its lawful attorney in fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount of $6,920.11 (the "FUNDS"), including the right to collect on CLIENT's behalf any such funds that are held by a governmental agency or authority.

2. CLIENT grants to BSDD the authority to do all things legally permissible and reasonably necessary to recover or obtain the FUNDS held by the governmental agency or authority. This limited authority includes the right to reeve all communications from the governmental agency or authority and to deposit checks payable to CLIENT for distribution of the FUNDS to CLIENT, less the fee payable to BSDD pursuant to and in accordance with its agreement with CLIENT.

3. BSDD may not make any expenditure or incur any costs or fees on behalf of CLIENT without CLIENT's prior written consent.

4. This Authority to Act shall become effective on the below signed date and shall expire upon collection of the aforementioned FUNDS. I authorize the use of a photocopy of this Limited Power of Attorney in lieu of the original.

_____
Rebecca Simkins (P54787)
Attorney for Northwestern Corporate Center Associates, LP
Barris, Sott, Denn & Driker, PLLC
211 West Fort Street, 15th Floor
Detroit, Michigan 48226

Dated: October 30, 2009

STATE OF MICHIGAN )
                                      )
COUNTY OF WAYNE )

On this 30th day of October, 2009, before me, the undersigned Notary Public in and for the said County and State, Rebecca Simkins personally appeared before me and is known to me to be the person described in and who executed the foregoing instrument, and who acknowledged to me that she did so freely and voluntarily and for the uses and purposes therein mentioned.

WITNESS my hand and official seal.

NOTARY PUBLIC _____
My Commission Expires: 6/14/2011

JULIE A. DUPUIS
NOTARY PUBLIC, STATE OF MI
COUNTY OF OAKLAND
MY COMMISSION EXPIRES Jun 14, 2011
ACTING IN COUNTY OF Wayne

_____
Richard A. Stebbins, Authorized Representative
Of Northwestern Corporate Center Associates, LP
39400 Woodward Ave., Suite 250
Bloomfield Hills, MI 48304

Dated: October 30, 2009

STATE OF MICHIGAN )
                  )
COUNTY OF OAKLAND )

On this 30th day of October, 2009, before me, the undersigned Notary Public in and for the said County and State, Richard A. Stebbins personally appeared to me to be the person described in and who executed the foregoing instrument, and who acknowledged to me that he did so freely and voluntarily and for the uses and purposes therein mentioned.

WITNESS my hand and official seal.

NOTARY PUBLIC _Angela Anderson_

My Commission Expires:_____

ANGELA ANDERSON
NOTARY PUBLIC, Oakland Co., MI
My Commission Expires Sept. 20, 2014
Acting in the County of_____

Affix Corporate Seal Below
Or if Corporate Seal Unavailable Sign Affidavit Below:

*Affidavit if Corporate Seal is Unavailable*
*Be it Acknowledged*, that the undersigned hereby says under oath that the corporate seal for Northwestern Corporate Center Associates is Presently unavailable to the undersigned.

By: _____
Richard A. Stebbins, Authorized Representative

383055.1