UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | Case No.: 97-59044 |
| Mc Liquidating Corp, fka Midcom | ) | Hon. Phillip J. Shefferly |
| Communications, Inc. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

_____/

## PROOF OF SERVICE

I, the undersigned, hereby certify that on November 2, 2009, a copy of the Application for Payment From Unclaimed Funds by Barris, Sott, Denn & Driker, PLLC, Applicant and Attorney-in-Fact for Northwestern Corporate Center Associates, LP, Claimant and Creditor in the above captioned case, was served on the United States Attorney for the Eastern District of Michigan at the following address:

> U.S. Attorney for the Eastern District of Michigan
> Attn: Michael Wicks, Civil Division - Financial Litigation
> 211 West Fort Street, Suite 2001
> Detroit, MI 48226-3211

Dated: November 2, 2009    By: _____
Rebecca Simkins (P54787)
Barris, Sott, Denn & Driker, PLLC
211 West Fort Street, 15th Floor
Detroit, Michigan 48226
(313) 965-9725

383054.1