UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

MC LIQUIDATING CORP. f/k/a
MIDCOM COMMUNICATIONS, INC.,
a Washington corporation,

Consolidated Debtors.

Chapter 11

Case Nos. 97-59044

Hon. Phillip J. Shefferly

## AMENDED NOTICE OF UNCLAIMED FUNDS

PLEASE TAKE NOTICE that the Official Unsecured Creditors' Committee hereby transfers the amount of $12.28 in unclaimed funds from the consolidated bankruptcy estates of Midcom Communications, Inc., PacNet, Inc., Cel-Tech International Corp. and AdVal, Inc. ("Midcom") to the registry of the Bankruptcy Court for the Eastern District of Michigan (the "Court") in addition to the $29,774.42 previously transferred to the registry of the Court as set forth in the Notice of Unclaimed Funds dated September 29, 2009.

Under the attached Order (1) Authorizing Disbursing Agent to Pay Unclaimed Funds into Court; (2) Authorizing Disbursing Agent to Abandon Books and Records; (3) Approving Disbursing Agent's Final Report; and (4) Closing Case, the Disbursing Agent for Midcom is authorized to pay all funds constituting unclaimed distributions from the final distribution under Midcom's confirmed Chapter 11 Plan (the "Plan") into the registry of the Court;

A final distribution to unsecured creditors under the Plan was authorized by, and made pursuant to, an Order Authorizing the Disbursing Agent to Make a Final Distribution to the Holders of Class 4 Claims, dated September 28, 2004;

Under the Plan, if a claimant failed to negotiate a distribution check within three months, the funds would escheat to Midcom for distribution pursuant to the terms of the Plan. After the

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| MC LIQUIDATING CORPORATION, f/k/a | ) Case No. 97-59044 |
| Midcom Communications, Inc. | ) Hon. Phillip J. Shefferly |
| | ) |
| Debtor. | ) |

## ORDER (1) AUTHORIZING DISBURSING AGENT TO PAY UNCLAIMED FUNDS INTO COURT; (2) AUTHORIZING DISBURSING AGENT TO ABANDON BOOKS AND RECORDS; (3) APPROVING DISBURSING AGENT'S FINAL REPORT; AND (4) CLOSING THE CASE

This matter coming before the Court on the Motion (1) for Authority to Pay Unclaimed Distributions into Court; (2) for Authority to Abandon Books and Records; (3) to Approve Disbursing Agent's Final Report and (4) for Entry of a Final Decree (the "Motion") filed by the Official Unsecured Creditors' Committee of Midcom Communications Inc. (the "Committee") and Scott Peltz, as Disbursing Agent (the "Disbursing Agent"); the Court (a) having reviewed the Motion and all pleadings relating thereto and (b) having heard the statements of counsel regarding the relief requested in the Motion at a hearing (the "Hearing") before the court; the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (c) notice of the Motion and the Hearing was sufficient under the circumstances; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Motion is granted.

2.  The Disbursing Agent is authorized to pay all funds constituting unclaimed distributions (as defined by the Plan) from the final distribution into the registry of the Court and shall thereafter be relieved of any further responsibility for said funds.

3.  The Disbursing Agent is authorized to abandon all books and records of the Debtors and their estates which the Disbursing Agent, in his discretion, deems unnecessary to retain for tax purposes.

4.  The Final Report of the Disbursing Agent is approved.

5.  Case Nos. 97-59044, 97-59057, 97-59064 and 97-59052 are hereby closed.

Phillip J. Shefferly
_____
UNITED STATES BANKRUPTCY JUDGE



| Claim ID | NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | Claim |
|---|---|---|---|---|---|---|---|
| 229 | A&A SPECIALIZED TRANS SVC | PO BOX 2391 | | TOPEKA | KS | 66601 | $5.37 |
| 244 | ACCOUNTANTS ONE INC | 24901 NORTHWESTERN HWY | SUITE 516 | SOUTHFIELD | MI | 48075 | $169.22 |
| 246 | ACCOUNTEMPS | DIV OF ROBERT HALF INT'L INC | 1130 LAKE COOK RD #103 | BUFFALO GROVE | IL | 60089 | $45.78 |
| 247 | ACCOUNTING PARTNERS, INC. | 500 108TH N.E. SUITE 1640 | | BELLEVUE | WA | 98004 | $42.34 |
| 270 | ADC TELECOMMUNICATIONS INC | AAT: JON ERICKSON-MS53 | 12501 WHITEWATER DR | MINNETONKA | MN | 55343 | $1,036.87 |
| 291 | AIR PARTNERS | 14208 DOOLITTLE DRIVE | | SAN LEANDRO | CA | 94577-554 | $3.34 |
| 330 | ALL SPORT ENTERTAINMENT INC | 4130 N. GOLDWATER BLVD | SUITE 217 | SCOTTSDALE | AZ | 85251-362 | $45.39 |
| 6951 | AMERICAN ARBITRATION ASSOCIATION | 1633 Broadway | | NEW YORK | NY | 10019 | $140.46 |
| 419 | ANACOMP INC | 12365 CROSTHWAITE CIRCLE | | POWAY | CA | 92064-681 | $16.38 |
| 4007 | ANIXTER INC | 4711 GOLF RD | | SKOKIE | IL | 60076 | $25.05 |
| 4038 | ANIXTER INC | 4711 GOLF RD | | SKOKIE | IL | 60076 | $1,434.61 |
| 3796 | ANTHONY, LAWRENCE H | PO BOX 50386 | | IRVINE | CA | 92619 | $78.71 |
| 441 | ANVAN MIDWEST REALTY MANAGEMENT CO | OAKBROOK TERRACE CORP CENTER | 1901 SOUTH MEYERS RD, SUITE 220 | OAKBROOK TERRACE | IL | 60181 | $45.42 |
| 449 | APPLICATION BUSINESS SYSTEMS, INC. | P.O. BOX 6187 | | KENT | WA | 98064- | $254.57 |
| 4324 | AT&T CORP | PO BOX 598033 | | ORLANDO | FL | 32859-603 | $4.77 |
| 538 | BANCSERV DOCUMENT | 22800 SAVI RANCH PARKWAY | SUITE 208 | YORBA LINDA | CA | 92887 | $3.28 |
| 579 | BELLCORE | ATTN: BARBARA REED | 6 CORPORATE PLACE | PISCATAWAY | NJ | 08854- | $11.36 |
| 6686 | BERLENT INDUSTRIES | 25 ROCKWOOD PLACE | | ENGLEWOOD | NJ | 02631 | $10.87 |
| 609 | BEST CUP COFFEE SERVICE CORP | 3522 DOUG DRIVE | | DALLAS | TX | 75247 | $4.42 |
| 615 | BILL COMMUNICATIONS INC. | ACCOUNTING DEPARTMENT | 355 PARK AVE. SOUTH | NEW YORK | NY | 10010 | $17.49 |
| 6709 | BLANKENHEIM, GEORGE T. | 1600 STOUT STE 920 | | DENVER | CO | 80202 | $8.11 |
| 10 | BRIGHTPOINT INC | ATT: A/R DEPARTMENT | 6402 CORPORATE DR | INDIANAPOLIS | IN | 46278 | $55.15 |
| 6555 | BROWN KEVIN | 243 JELLIFF MILL ROAD | | NEW CANAAN | CT | 06840 | $157.26 |
| 681 | BUCARION INSURANCE AGENCY | 611 VETERANS BLVD | SUITE 108 | REDWOOD CITY | CA | 94063 | $4.96 |
| 703 | BUSINESS PROFESSIONAL GROUP INC | ATT: MICHELLE ABEL | 3490 PIEDMONT RD #212 | ATLANTA | GA | 30305 | $170.40 |
| 62 | CACHE VALLEY ELECTRIC CO | 1990 SOUTH 4130 WEST | | SALT LAKE CITY | UT | 84104 | $15.10 |
| 754 | CARDSERVICE OF CHESAPEAKE | 13017 WISTERIA DR | #395 | GERMANTOWN | MD | 20874 | $2.95 |
| 758 | CAREER PROFILES | PO BOX 4430 | | PORTSMOUTH | NH | 03802 | $85.20 |
| 778 | CASTLETON CONSULTING | 137 SCHUBERT COURT | | IRVINE | CA | 92612 | $85.20 |
| 818 | CHEETAH COMMUNICATIONS | 1 TECHNOLOGY | BUILDING 7, SUITE 709 | IRVINE | CA | 92618 | $10.31 |
| 838 | CHRYSTAL GEMS INC | 5 N WABASH AVE | SUITE 1000 | CHICAGO | IL | 60602 | $2.12 |
| 7004 | COMPUWARE CORPORATION | C/O HOWARD & HOWARD ATTORNEYS | ATTN: MICHAEL G. CRUSE, ESQ. | BLOOMFIELD HILLS | MI | 48304-285 | $1,653.12 |
| 6578 | CONFERENCE PLUS INC | 999 PLAZA DR 4TH FLOOR | | SCHAUMBURG | IL | 60173 | $111.77 |
| 4079 | COTE, MICHAEL C | 2017 FAIRVIEW AVE E | SLIP N | SEATTLE | WA | 98102 | $59.69 |
| 1012 | CPI TELECOMMUNICATIONS OF ILLINOIS | ATTN: MR. CALE PERRY | 8564 ALICE AVE | CLIVE | IA | 50325 | $635.00 |
| 1061 | DALTON ELECTRIC COMPANY | 20630 56TH AVE W STE #8 | | LYNNWOOD | WA | 98036 | $99.94 |
| 1074 | DATA SYSTEMS NETWORK CORPORATION | C/O RALPH McDOWELL | 100 RENAISSANCE CENTER 34TH FLO | DETROIT | MI | 48243 | $1,361.37 |
| 6989 | DATA SYSTEMS NETWORK CORPORATION | c/o RALPH McDOWELL | 100 RENAISSANCE CENTER | DETROIT | MI | 48243 | $5,580.97 |
| 1138 | DESERT DOCUMENT SVCS INC | 10 E SEVENTHS ST | | TEMPE | AZ | 85281 | $94.95 |
| 1158 | DIRECTION MANAGEMENT GROUP | 1111 PLAZA DR #400 | | SCHAUMBURG | IL | 60173 | $85.20 |
| 1160 | DISCLOSURE INFO CENTERS | PO BOX 360922 | | PITTSBURGH | PA | 15251- | $3.12 |
| 1218 | EARLY, LENNON, PETERS & | CROCKER, P.C. | 900 COMERICA BLDG. | KALAMAZOO | MI | 49007 | $55.62 |
| 82 | ELECTRO SERVICE CENTER | 101 S CATLIN | PO BOX 4387 | MISSOULA | MT | 59801 | $15.81 |
| 1256 | EMERALD CITY DISPOSAL | PO BOX 24745 | | SEATTLE | WA | 98124 | $10.08 |
| 1181 | ESTRIN, DONNA | 14670 E FIRESTONE BLVD | SUITE 410 | LA MIRADA | CA | 90638 | $1.54 |
| 3849 | FALLIS, PAIGE | 1210 OAK GROVE #2 | | BURLINGAME | CA | 94010 | $77.98 |

| Claim ID | NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1857 | FLASTERSTEIN, JUDY L | C/O CLEAR SOLUTIONS | PO BOX 7068 | TAMPA | FL | 33673- | $2.04 |
| 89 | GABRIEL ELECTRONICS INC | PO BOX 70 | | SCARBOROUGH | ME | 04070 | $194.03 |
| 1460 | GENERAL DATACOMM SERVICE | 1579 STRAITS TURNPIKE | | MIDDLEBURY | CT | 06762 | $234.43 |
| 1466 | GEORGIA COMMUNICATION SERVICES, INC | 125 ROYAL WOODS COURT | #145 | TUCKER | GA | 30084 | $4.69 |
| 1472 | GEORGIA TEL | ATTN: JOE HOLCOMB | 126 APPLE VALLEY ROAD | WOODSTOCK | GA | 30188 | $71.00 |
| 1476 | GH ASSOCIATES | 1004 WOBURN CT | | MCLEAN | VA | 22102 | $546.21 |
| 1478 | GIBBENS COMPANY | PO BOX 97094 | | KIRKLAND | WA | 98083- | $48.89 |
| 1508 | GORDON & SONS INC DBA CORONA | 231 SOUTH LINCOLN AVE | | CORONA | CA | 91720 | $9.25 |
| 1510 | GR. BOSTON CHAMBER OF COMMERCE | ONE BEACON STREET, 4TH FLR | | BOSTON | MA | 02108 | $9.15 |
| 1518 | GRAPEVINE GROUP INC | 3391 PEACHTREE RD, NE | SUITE 110 | ATLANTA | GA | 30326-101 | $34.88 |
| 1594 | HARTSTEIN & HARTSTEIN | 157 ENGLE STREET | | ENGLEWOOD | NJ | 07631 | $9.21 |
| 1670 | HUNTER & MOW P C | 1424 16TH STREET NW | SUITE 105 | WASHINGTON | DC | 20036 | $20.11 |
| 1736 | INLAND NW COMMUNICATIONS | TAPIO OFFICE CENTER | GREEN FLAG BLD - SUITE 112C | SPOKANE | WA | 99202- | $1,179.57 |
| 6697 | INTERDEV | PO BOX 3883 | | SEATTLE | WA | 98124 | $18.86 |
| 1832 | JENSEN TOOLS, INC. | PO BOX 945527 | | ATLANTA | GA | 30394-552 | $2.25 |
| 3884 | JOHNSON, RICHARD L | 160 QUAIL #46 | | PERRYSBURG | OH | 43551 | $20.11 |
| 6781 | JONES, EDWARD J. | 10 BRADLEY LN | | MYSTIC | CT | 06355 | $108.04 |
| 6696 | JR AUTO PARTS | 745 WASHINGTON | | BLAIR | NE | 68008 | $1.87 |
| 522 | LDS ENTERPRISES, INC. | ATTN: DENIS C. FLASCHNER II | 5623 BURDETTE STREET | OMAHA | NE | 68104 | $3.92 |
| 6794 | LEADER INSTRUMENTS CORP | 380 OSER AVE | | HAUPPAUGE | NY | 11788 | $5.88 |
| 2003 | LEGEND BUSINESS SYSTEMS | 1018 INDUSTRY DRIVE | | SEATTLE | WA | 98188 | $3.12 |
| 3808 | LIMONO, ARIEFIN | 15749 NE 18TH ST | | BELLEVUE | WA | 98008 | $344.73 |
| 6703 | LOGIC GENERAL INC | 6713 SW BONITA RD #210 | | TIGARD | OR | 97224 | $30.47 |
| 2036 | LONG ISLAND COPYING & PRINTING | 394 FLATBUSH AVENUE EXTENSION | | BROOKLYN | NY | 11201 | $60.80 |
| 948 | LONGACRE MANAGEMENT, LLC AS ASSIGNEE O | CONFERENCE PLUS, INC. | 1700 BROADWAY | NEW YORK | NY | 10019 | $2.45 |
| 1681 | LONGACRE MANAGEMENT, LLC AS ASSIGNEE O | ICIM INTERNATIONAL INC | 1700 BROADWAY | NEW YORK | NY | 10019 | $2,645.68 |
| 1998 | LONGACRE MANAGEMENT, LLC AS ASSIGNEE O | LEE DAVID & ASSOCIATES | 1700 BROADWAY | NEW YORK | NY | 10019 | $267.49 |
| 2631 | LONGACRE MANAGEMENT, LLC AS ASSIGNEE O | PEDCOM INC | 1700 BROADWAY | NEW YORK | NY | 10019 | $219.45 |
| 2904 | LONGACRE MANAGEMENT, LLC AS ASSIGNEE O | SALES RESOURCE GROUP | 1700 BROADWAY | NEW YORK | NY | 10019 | $485.64 |
| 3810 | LYNCH, CHRISTOPHER | 417 NORTH ST. | | GEORGETOWN | MA | 01833 | $170.40 |
| 4317 | MACDONALD-MILLER SERVICE INC | 1240 SE 12TH AV | | PORTLAND | OR | 97214 | $85.17 |
| 2086 | MANAGEMENT RECRUITERS INTERNATIONAL | WORLD HEADQUARTERS/ATT M. RODE | 200 PUBLIC SQUARE 31ST FLOOR | CLEVELAND | OH | 44114- | $13.60 |
| 2098 | MARINO & ASSOCIATES INC | 3601 AVIATION BLVD | SUITE 1500 | MANHATTAN BEACH | CA | 90266 | $152.64 |
| 3815 | MARLOWE, KENNETH J | 8 BARON CT | | STONEY BROOK | NY | 11790 | $142.00 |
| 265 | MASCIOLI, ADA | 376 WYANT | | AKRON | OH | 44313 | $536.36 |
| 2139 | MASTERPIECE TELECOM LLC | 5414 N 7TH ST | SUITE 8-173 | PHOENIX | AZ | 85022 | $1.57 |
| 1877 | MCCRABB, KATHLEEN | 8500 148TH AVE NE, #C3009 | | REDMOND | WA | 98052- | $2.23 |
| 3816 | MCHENRY, BART M | 21061 CAROB LANE | | MISSION VIEJO | CA | 92691 | $46.01 |
| 2179 | MCSI COMPUTER SUPPLIES | DEPT. 231 | | COLUMBUS | OH | 43265-023 | $12.02 |
| 702 | METAMOR GLOBAL SOLUTIONS, INC | 133 TECHNOLOGY | SUITE 200 | IRVINE | CA | 92618 | $42.06 |
| 2195 | METRO STAFFING INC | 60 EAST 42ND ST | | NEW YORK | NY | 10165 | $18,956.96 |
| 2197 | MEYERSDALE MANOR | 201 HOSPITAL DRIVE | | MEYERSDALE | PA | 15552 | $85.20 |
| 2251 | MIKES MARINE ELEC | 14498 SW 174 TR | | PITTSBURGH | CA | 94565 | $7.46 |
| 3823 | MORALES, CARLOS I | DBA IMPULSE | | MIAMI | FL | 33177 | $11.40 |
| 4277 | MOUNTAIN WEST | DBA STAPLES CREDIT PLAN | PO BOX 7004 | SIOUX FALLS | SD | 57117 | $71.00 |
| 3123 | MOUNTAINWEST FINANCIAL | DBA STAPLES CREDIT PLAN/8200016456 | PO BOX 7004 | SIOUX FALLS | SD | 57117 | $4.47 |
| | | | | | | | $112.59 |

| NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | AMOUNT |
|---|---|---|---|---|---|---|
| 3831 NEELEY, VICTOR | 2515 POPPY DR | | BURLINGAME | CA | 94010 | $244.05 |
| 2205 NEWMAN, MICHELLE | 7702 TREVINO LN | | FALLS CHURCH | VA | 22043 | $3.75 |
| 2407 NORTEL COMMUNICATIONS SYSTEMS | PO BOX 73269 | | CHICAGO | IL | 60673- | $44.79 |
| 2433 NORTHWESTERN CORPORATE CENTER ASSOC | 1400 N WOODWARD AVE. | SUITE 250 | BLOOMFIELD HILLS | MI | 48304-267 | $6,920.11 |
| 2437 NR III INTERNATIONAL | 139 MITCHELL AVE | SUITE 216 | SAN FRANCISCO | CA | 94080 | $5.55 |
| 2474 OAKLAND PRESS | P O BOX 436009 | | PONTIAC | MI | 48343 | $32.27 |
| 3752 O'CONNOR, NICK M. | C/O WARNER & JOSELSON, EMPIRE ST/ 350 5TH AVE SUITE 1229 | | NEW YORK | NY | 10118 | $213.00 |
| 2492 OFFICEMAX CREDIT PLAN | DEPT. 58 - 3600015431 | P.O. BOX 30292 | SALT LAKE CITY | UT | 84130- | $7.91 |
| 2496 OHIO BUSINESS MACHINES INC | 1728 SAINT CLAIR AVENUE NE | | CLEVELAND | OH | 44114 | $7.34 |
| 2513 OLYMPIAN EXECUTIVE SUITES | 4949 S SYRACUSE ST | SUITE 300 | DENVER | CO | 80237 | $6.96 |
| 2531 OPTIMUM EMPLOYMENT, INC. | 888 VETERANS HIGHWAY | SUITE 220 | HAUPPAUGE | NY | 11788- | $340.80 |
| 6570 PACIFIC ATLANTIC SYSTEMS LEASING | DIV OF EL CAMINO RESOURCES/S GEO/ 21051 WARNER CENTER LANE | | WOODLAND HILLS | CA | 91367 | $6,040.85 |
| 6571 PACIFIC ATLANTIC SYSTEMS LEASING | DIV OF EL CAMINO RESOURCES/S GEO/ 21051 WARNER CENTER LANE | | WOODLAND HILLS | CA | 91367 | $812.76 |
| 3778 PACIFIC BIOMETRICS | 23120 ALICA PARKWAY | SUITE 200 | MISSION VIEJO | CA | 92692 | $22.79 |
| 3777 PACIFIC CENTREX SERVICES LLC | 6855 TUJUNGA AVE | | NORTH HOLLYWOOD | CA | 91605 | $284.00 |
| 2575 PACIFIC MOVERS C/O STEVEN SEWARD | DENALI TRANSPORTATION CORP | 821 SECOND AVE #2000 | SEATTLE | WA | 98104 | $390.68 |
| 33 PAGENET | 13810 SE EASTGATE WAY #150 | | BELLEVUE | WA | 98005 | $36.25 |
| 2809 PARTNERS IN MARKETING INC | DBA RESEARCH ASSOCIATES | 879 HIGH STREET | WORTHINGTON | OH | 43085 | $443.33 |
| 2613 PATS SUTTON DELI | 23145 LASHER ROAD | | SOUTHFIELD | MI | 48075 | $8.39 |
| 1735 PELZER, INGRID U | 321 SE ORCHARD DR | | NORTH BEND | WA | 98045 | $2.87 |
| 2651 PEROT SYSTEMS | ATTN: VICKI TROGDON | 2300 W PLANO PARKWAY | PLANO | TX | 75075 | $51.12 |
| 2669 PIERCE LEAHY CORPORATION | P.O. BOX 65017 | | CHARLOTTE | NC | 28265- | $780.79 |
| 2727 PRESTON GATES & ELLIS | 5000 COLUMBIA CENTER/ATT MARC BAF 701 FIFTH AVE. | | SEATTLE | WA | 98104- | $259.64 |
| 2732 PRINTING MAILING CONNECTION | 1209 MERCER | | SEATTLE | WA | 98109 | $66.78 |
| 2739 PRODUCTION ARTS WORKSHOP INC | 1465 HOWELL MILL RD | SUITE H | ATLANTA | GA | 30318 | $18.62 |
| 2742 PROFESSIONAL RECRUITERS INC | 6779 MEMPHIS AVENUE | SUITE 8 | BROOKLYN | OH | 44144 | $15.94 |
| 2750 PROTECOM INC | 4931 MERCER UNIVERSITY DR | SUITE A | MACON | GA | 31210 | $155.85 |
| 2753 PSINET INC | PO BOX 485 | | HERNDON | VA | 22070 | $12.78 |
| 2766 QUALITEL INC | 6717 N MOZART | | CHICAGO | IL | 60645 | $21.20 |
| 2773 R & D GROUP INC | 14135 E. 42ND AV. | UNIT 70 | DENVER | CO | 80239 | $466.47 |
| 9 REBEEPS | 1535 NE 145TH STREET | | SEATTLE | WA | 98155 | $3.08 |
| 1839 REN, JIAJUN | 150 30 SE 64TH ST. | | BELLEVUE | WA | 98006 | $4.24 |
| 2828 RICHARD KADER AND ASSOCIATES | 7850 FREEWAY CIRCLE #201 | | CLEVELAND | OH | 44130 | $89.89 |
| 2876 ROSENKRANZ PRODUCTIONS | 612 91ST AV., NE | SUITE 3 | EVERETT | WA | 98205-156 | $58.22 |
| 3335 SAN FRANCISCO BAY GUARDIAN, THE | 520 HAMPSHIRE ST. | | SAN FRANCISCO | CA | 94110 | $47.65 |
| 4210 SCHOLTZ, RACHELLE L | 1349 CAPUCHINO AVE | | BURLINGAME | CA | 94010 | $28.71 |
| 6698 SCHUE, NORMAN E | 509 HIGHLAND TERRACE | | BRICK | NJ | 08723 | $4.12 |
| 2965 SEARS, ROEBUCK AND CO | ATLANTA COMMERCIAL CREDIT CENT 8 PO BOX 450627 | | ATLANTA | GA | 31145 | $25.45 |
| 6838 SEQUOIA DIVERSIFIED PRODUCTS, INC. | 107 S. SQUIRREL RD. | | AUBURN HILLS | MI | 48326 | $78.86 |
| 7010 SHS INCORPORATED | ATTN: TIMOTHY JADWIN | 205 WEST WACKER DRIVE | CHICAGO | IL | 60606 | $106.50 |
| 3018 SKYTEL | PO BOX 3887 | | JACKSON | MS | 39207- | $23.82 |
| 3020 SM ENGINEERING CO. | MS. BOBBI GRUMAN | 1011 1ST STREET SOUTH #370 | HOPKINS | MN | 55343 | $552.39 |
| 3021 SMART CONNECTIONS | 9901 WEBBER | | BRIGHTON | MI | 48116 | $218.05 |
| 3033 SNELLING PERSONNEL SERVICES | ATTN: MARK STEVENS | 100 N. LA SALLE STREET | CHICAGO | IL | 60602 | $178.07 |
| 3966 SOUTHWEST COMMERCIAL LONG DISTANCE | 700 CORPORATE | SUITE E | GOLDEN | CO | 80401 | $981.50 |
| 3095 SPARKLING SPRING WATER CO | 565 LAKEVIEW PARKWAY | SUITE 120 | VERNON HILLS | IL | 60061 | $16.01 |

| Claim ID | NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | DIV.AMT |
|---|---|---|---|---|---|---|---|
| 1876 | SPINDLE, KARLTON | 560 LIBRARY STREET | | SAN FERNANDO | CA | 91340 | $8.05 |
| 3117 | STAFFING SOLUTIONS ENTERPRISES | PO BOX 70751-T | | CLEVELAND | OH | 44190 | $78.97 |
| 3128 | STATE FARM RON PINO AGENCY | 1625 RIO BRAVO BLVD SW | UNIT 28 | ALBUQUERQUE | NM | 81105 | $5.00 |
| 3136 | STAYNER CRAFT | 11120 WEST YOUNGTOWN AVE | | YOUNGTOWN | AZ | 85363 | $7.59 |
| 3889 | SULLIVAN, ROBERT J | 4920 THISTLE LANE | | LAKE IN THE HILLS | IL | 60156 | $60.87 |
| 3789 | SUPER MARKETING INC | ATT GRAEME S BRADLEY | 15375 BARRANCA PKWY #A205 | IRVINE | CA | 92618 | $284.00 |
| 151 | SYBASE INC | PO BOX 60000 | | SAN FRANCISCO | CA | 94160 | $92.52 |
| 153 | TAD RESOURCES INTERNATIONAL | C/O ADECCO TECHNICAL | 2815 COLISEUM CENTER DRIVE | CHARLOTTE | NC | 28217 | $163.79 |
| 3197 | TAD RESOURCES INTERNATIONAL, INC. | C/O ADECCO TECHNICAL | 2815 COLISEUM CENTER DRIVE | CHARLOTTE | NC | 28217 | $60.06 |
| 3342 | TALUS GROUP, THE | 16625-227TH AVENUE N.E. | | WOODINVILLE | WA | 98072 | $13.09 |
| 3209 | TAURUS PUBLISHING, INC. | BOX C-5400 | | SCOTTSDALE | AZ | 85261 | $88.86 |
| 3234 | TELECO | P O BOX 1495 | | TROY | MI | 48099 | $11.73 |
| 155 | TELECOM RECYCLERS INC | 1205 SW 4TH AVE | | DELRAY BEACH | FL | 33444 | $238.74 |
| 3283 | THAT PIZZA PLACE | 15 LAKE STREET | | KIRKLAND | WA | 98033 | $7.63 |
| 3894 | TISKO, THOMAS F | 1531 MARYWOOD DR | | ROYAL OAK | MI | 48067 | $105.01 |
| 3381 | TODD R ARTH INSURANCE | 2392 W. CANTEBURY STREET | | SPRINGFIELD | MO | 65810-237 | $3.73 |
| 6694 | TOUNDAS MOTOR SPORTS GROUP | ATT PETER TOUNDAS | | ROCHESTER HILLS | MI | 48306 | $2.05 |
| 3895 | TURTURRO, GLENN R. | 46 LINDREN AVE | 6841 N ROCHESTER RD | SMITHTOWN | NY | 11787 | $63.80 |
| 3502 | US SUITES | 1750 124TH AVE NE | SUITE E | BELLEVUE | WA | 98005 | $569.32 |
| 171 | VALLEY COMPUTER & ELECTRONICS | C/O JPC CORPORATION | 13092 LAKOTA DRIVE | MORENO VALLEY | CA | 92553 | $2.69 |
| 4413 | WALKER ENGINEERING INC | 10999 PETAL ST | | DALLAS | TX | 75238 | $96.84 |
| 3611 | WEST CAPITAL FINANCIAL SERVICES COR | MR. MICHAEL JOPLIN | 5775 ROSCOE COURT | SAN DIEGO | CA | 32123 | $41.37 |
| 3771 | WESTBLOCK | PO BOX 5348 | | SALEM | OR | 97304 | $4.85 |
| 7005 | WRIGHT RUNSTAD PROPERTIES LP | C/O RALPH R. MCKEE, ESQUIRE | ALLARD & FISH, PC | DETROIT | MI | 48226 | $142.00 |
| 4255 | YOUNG, JACQUELINE A. | 8923 ABRELL WALK CT | | CHARLOTTE | NC | 28226 | $29.54 |
| 3726 | YUN SHENG USA CORP | 465 LITTLEFIELD AVE | | SO SAN FRANCISCO | CA | 94080- | $2.19 |
| 6811 | ZEE MEDICAL SERVICE CO | 378 UPLAND DR | | SEATTLE | WA | 98188 | $40.43 |
| 3912 | ZINN, SEAN M | 74 ASHCREST | | IRVINE | CA | 92620 | $141.98 |
| 1851 | ZRNO, JOHN | 5705 IMPERIAL COURT | | PLANO | TX | 75093 | $235.66 |
| | | | | | | | $66,787.13 |