UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

Midcom Communications, Inc.          Case No.   97-59044-PJS

                                     Chapter    11

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Upon application and in accordance with the provisions of 28 U.S.C. Section 2042, that following a review of the sufficiency of the Affidavit of Claimant information that the claimant is properly entitled to said funds, and that the U.S. Attorney for the Eastern District of Michigan was provided a copy of this application with a proof of service attached to the application,

**IT IS ORDERED** that the Clerk of the U.S. Bankruptcy Court remit the sum of Four Thousand Six Hundred Fifty Three Dollars and 12 cents ($4,653.12), of unclaimed funds held in the U.S. Treasury to:

> Compuware Corporation
> c/o Dilks & Knopik, LLC.
> PO Box 2728
> Issaquah, WA 98027-0125

Signed on March 01, 2010

                    /s/ Phillip J. Shefferly
                 Phillip J. Shefferly
              United States Bankruptcy Judge